400 A.2d 607

Commonwealth v. Gallagher, Appellant.

Petition for Allowance of Appeal Denied March 1, 1979.

Argued December 6, 1978. Patrick J. Duffy, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

400 A.2d 608

Commonwealth v. Goldsmith, Appellant.

Submitted June 27, 1978. Harry Siegel, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.